No. 1279. Succession of Rosso, Plaintiff and Appellant, v. Succession of Rosso, Defendant and Respondent.—Partition, liquidation, accounting and delivery of hereditary property. Arecibo. February 12, 1915. *Appeal dismissed.*

---

No. 781. The People, Plaintiff and Respondent, v. Báez, Defendant and Appellant.—Adulteration of milk. Humacao. February 12, 1915. *Judgment affirmed.*

---

No. 782. The People, Plaintiff and Respondent, v. García, Defendant and Appellant.—

No. 783. The People, Plaintiff and Respondent, v. García et al., Defendants and Appellants.—

Violations of sections 300 and 229,.respectively, of the Penal Code. Humacao. February 17, 1915. *Judgments affirmed.*

---

No. 1285. Laboy, Plaintiff and Respondent, v. Ortiz et al., Defendants and Appellants.—Ejectment. Humacao. February 24, 1915. *Appeal dismissed.*

---

No. 776. The People, Plaintiff and Respondent, v. Ortiz, Defendant and Appellant.—Aggravated assault and battery. Humacao. February 24, 1915. *Judgment affirmed.*

---

No. 1287. The People, Plaintiff and Appellant, v. Jiménez, Defendant and Respondent.—Injunction. Humacao. March 1, 1915. *Appeal dismissed.*

---

No. 141. Hernández, Petitioner, v. Foote, Judge of the District Court of Mayagüez, Respondent.—*Certiorari.* March 1, 1915. Petition denied because it does not appear that the judgment of the lower court complained of is not appealable and also in the exercise of the discretionary powers of the court.